NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000149
04-JUN-2019
09:32 AM

NO. CAAP-19-0000149

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

NATIONSTAR MORTGAGE LLC, Plaintiff-Appellee, v.
RANDOLPH GOODWIN CURRIER; STACEY MARIE CURRIER,
Defendants-Appellants, WEST MAUI PROPERTIES, LLC,
Defendant-Appellee, and DOES 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 17-1-0296(2))

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Motion to Dismiss Appeal, filed May 29, 2019, by Defendants-Appellants Randolph Goodwin Currier and Stacey Marie Currier (the Curriers), the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the Curriers seek to dismiss the appeal; and (3) dismissal is authorized by Hawai'i Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed.

DATED: Honolulu, Hawai'i, June 4, 2019.

Presiding Judge

Associate Judge

Associate Judge